Dismissed and Memorandum Opinion filed June 5, 2003













Dismissed and
Memorandum Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01327-CV

____________

 

STERLING BRASWELL, Appellant

 

V.

 

KENNETH McAULIFEE, Appellee

 

____________________________________________

 

On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 02-18591

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from a judgment
signed September 12, 2002.  On February 13, 2003, this Court referred the case to
mediation.  On May 27, 2003, appellant filed a motion
to dismiss the appeal because the case settled in mediation.  See
Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.

                                                                                    PER
CURIAM

Judgment rendered and Memorandum Opinion filed June 5, 2003.

 

Panel consists of Chief
Justice Brister and Justices Fowler and Edelman.